# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM A. KEITEL, | ) |
| Petitioner, | ) Civil Action No. 11-1209 |
| v. | ) District Judge Nora Barry Fischer |
| JOSEPH MAZURKIEWICZ, | ) |
| Respondent. | ) |

## MEMORANDUM ORDER

On September 18, 2011, the above captioned case was initiated by the filing of a Petition for Writ of Habeas Corpus (ECF No. 1) and was referred to a United States Magistrate Judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on August 20, 2012 (ECF No. 20) recommending that the Petition for Writ of Habeas Corpus be denied and that a certificate of appealability be denied. On September 24, 2012, Petitioner filed Objections to the Report and Recommendation (ECF No. 22). Petitioner's objections do not undermine the recommendation of the Magistrate Judge, which is based upon the correct application of the law set forth in the Antiterrorism and Effective Death Penalty Act.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, and the Objections thereto, the following order is entered:

AND NOW, this 27th day of September, 2012:

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

1

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 20) is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

By the Court:

/s/ Nora Barry Fischer
Nora Barry Fischer
United States District Judge